[No. 31400-9-I.   Division One.   April 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD ELLIOTT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-01680-8, Frank L. Sullivan, J., entered

August 19, 1991. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Grosse and Forrest, JJ.